UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER RIVERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | Case No. 20-cv-09279-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP") or submitted a formal complaint. He was provided twenty-eight days correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or submitted a formal complaint. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2021

_____
JAMES DONATO
United States District Judge